# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132343-5
132347-9

BETTEN AUTO CENTER, INC.,
        Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellant.

_____

SC: 132343
COA: 265976
Ct of Claims: 04-000095-MT

BETTEN MOTOR SALES, INC., d/b/a TOYOTA
OF GRAND RAPIDS,
        Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellant.

_____

SC: 132344
COA: 265977
Ct of Claims: 04-000096-MT

BETTEN-FRIENDLY MOTORS COMPANY,
d/b/a/ FAMILY AUTO CENTER,
        Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellant.

_____

SC: 132345
COA: 265978
Ct of Claims: 04-000097-MT

BETTEN AUTO CENTER, INC.,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

_____

SC: 132347
COA: 265976
Ct of Claims: 04-000095-MT

BETTEN MOTOR SALES, INC., d/b/a TOYOTA
OF GRAND RAPIDS,
        Plaintiff-Appellant,

v

SC: 132348
COA: 265977
Ct of Claims: 04-000096-MT

DEPARTMENT OF TREASURY,
        Defendant-Appellee.
_____

BETTEN-FRIENDLY MOTORS COMPANY,
d/b/a/ FAMILY AUTO CENTER,
        Plaintiff-Appellant,

v

                                 SC: 132349
                                 COA: 265978
                                 Ct of Claims: 04-000097-MT

DEPARTMENT OF TREASURY,
        Defendant-Appellee.
_____/

On order of the Court, the applications for leave to appeal the August 1, 2006 judgment of the Court of Appeals are considered. We direct the Clerk to schedule oral argument on whether to grant the applications or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address: (1) how MCL 205.94(1)(c)'s exemption from use tax for property purchased for resale may best be reconciled with the statutory language of MCL 205.93(2), and (2) how MCL 205.94(2) affects this analysis. The parties may file supplemental briefs within 49 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.

The Taxation Section of the State Bar of Michigan and both the Detroit and Michigan Automobile Dealers Associations are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 26, 2007

s0123

Clerk